**No. 39143.**—Protests 947233–G, etc., of American Trading Co. et al. (New York).

Opinion by DALLINGER, J. On the records presented the protests were overruled.

BEFORE THE THIRD DIVISION, AUGUST 2, 1938

**No. 39144.**—Protest 807631–G/10614 of William J. Oberle, Inc. (New Orleans).

Opinion by CLINE, J. It appeared that the tea urn was imported for the personal use of the importer and not for sale. On the record presented it was held not subject to the additional duty under section 489. Abstract 32336 cited.

**No. 39145.**—Protests 929786–G, etc., of Western Electrical Instr. Corp. (New York).

Opinion by CLINE, J. It appeared that the resistances were not marked but that the immediate containers and the outer cases were legally marked. On the record presented the protests were sustained. *Kraft* v. *United States* (22 C. C. P. A. 111, T. D. 47103) and *Givaudan* v. *United States* (id. 115, T. D. 47104) followed.

BEFORE THE SECOND DIVISION, AUGUST 3, 1938

**No. 39146.**—Protests 166355–G, etc., of H. Kayser & Fils, Inc. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel the merchandise in question was held dutiable as follows: (1) embroidered net trimmings, galloons, ornaments, and laces at 75 percent under paragraph 1430, *Pustet* v. *United States* (13 Ct. Cust. Appls. 530, T. D. 41396) and Abstract 12555 followed; (2) shawls and trimmings in chief value of artificial silk as articles in chief value of compounds of cellulose at 60 percent under paragraph 31, Abstract 37230 followed; (3) artificial flowers at 60 percent under paragraph 1419, *Robinson-Goodman* v. *United States* (17 C. C. P. A. 149, T. D. 43473) followed; (4) hats in chief value of silk at 60 percent under paragraph 1210; (5) hats in chief value of straw at 60 percent under paragraph 1406; (6) bands, braids, hats, trimmings, and ribbons in chief value of cellulose filaments at 60 percent under paragraph 31, *Amberg* v. *United States* (T. D. 46204) followed; and (7) fur felt hats at the appropriate rate according to value, plus 25 percent ad valorem under paragraph 1427, Abstract 10245 followed.